**IN THE UNTIED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES C. BARNER**<br>**8215 Forrest Avenue**<br>**Philadelphia, PA 19126,** | : | **CIVIL ACTION**<br><br>**NO. 08-cv-** |
| **Plaintiff** | : | |
| **v.** | : | |
| **JOHN/JANE DOE (1 – n)**<br>**POLICE OFFICERS**<br>**PHILADELPHIA POLICE DEPARTMENT**<br>**8th and Race Street**<br>**Philadelphia, PA** | : | |
| **and** | : | |
| **FOX TELEVISION STATIONS**<br>**OF PHILADELPHIA, Inc.**<br>**Owner and Operator of WXTF-TV (Ch. 29)**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808** | : | |
| **and** | : | |
| **JOHN/JANE ROE (1 - n),**<br>**WXTF-TV Management Employees**<br>**Channel 29 - Philadelphia**<br>**330 Market Street**<br>**Philadelphia, PA,** | : | |
| **Defendants** | : | |

**PLAINTIFF'S COMPLAINT**

Plaintiff, James C. Barner, files this Complaint asserting claims against Philadelphia police officers (John/Jane Doe, 1-n) for false arrest and false imprisonment

under the Civil Rights Act and under state law and against the Fox News defendants[1] for invasion of privacy–false light and defamation. In support thereof, plaintiff avers the following:

## I. PARTIES

1. Plaintiff, James C. Barner, is an adult individual and citizen of the United States. He resides at 8215 Forrest Avenue, Philadelphia, Pennsylvania.

2. Defendants, John/Jane Doe (1-n), are Philadelphia police officers employed by the City of Philadelphia Police Department. They are sued in both their individual and official capacities.

3. Defendant, Fox Television Stations of Philadelphia, Inc. owns and operates WXTF-TV Channel 29 (hereinafter, "Fox News" or "Fox" or "Channel 29") located at 330 Market Street, Philadelphia, Pennsylvania.

a. Fox Television Stations of Philadelphia, Inc. is a Delaware Corporation, registered to do business in Pennsylvania, with its corporate headquarters located at 2711 Centerville Road, Suite 400, Wilmington, Delaware.

b. At all times herein, defendant Fox News did extensive business in Philadelphia County in that it broadcast its news stories, including the news stories at issue in this lawsuit, throughout the day on its local television station at WXTF-TV Channel 29 and on its web site at www.myfoxphilly.com.

c. At all times herein, defendant Fox News acted or failed to act through it agents, servants or employees who acted for the defendant's benefit, under defendant's control, and within the course and scope of their authority or employment.

---

[1] "Fox News defendants" refers to Fox Television Stations of Philadelphia d/b/a WXTF-TV (Channel 29-Philadelphia) and the John/Jane Roe defendants (1 – n).

4. Defendants, John/Jane Roe (1 – n), are management employees at Fox News who, at all times herein, had editing and decision-making authority over airing the news story at issue in this case, which was broadcast on its station and web site as more fully stated below.

## II. JURISDICTION and VENUE

5. Jurisdiction as to the Fox News defendants is founded upon diversity of citizenship as contained in 28 U.S.C. § 1332(a)(1). This action is also brought against the defendant Philadelphia police officers pursuant to Section 1983 of The Civil Rights Act, 42 U.S.C. § 1983. Jurisdiction against the police officer defendants is founded upon 28 U.S.C. §§ 1331 and 1343(a)(3) and (4).

a. The Court has supplemental jurisdiction over plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

6. Venue is appropriate in this Judicial District, pursuant to 28 U.S.C. § 1391 (a)(2) as at least a substantial part of the events took place here.

## III. FACTS

7. Plaintiff, James C. Barner, is a licensed barber, by trade, and is known in his business and personal life by the name "Jay Fresh." In his thirteen years as a barber, he has won several professional awards. Prior to the events in question, which began on June 5, 2007, and at all times mentioned herein, plaintiff was a citizen of the Commonwealth of Pennsylvania, who enjoyed the respect, confidence and esteem of people in the community. Plaintiff turned 40 years old on June 5, 2007.

8. On the evening of June 4, 2007, plaintiff participated in a billiards team tournament at the "Little Spot 2 Bar" (the Bar) in Philadelphia. Plaintiff is captain of his team.

9. At approximately 2:00 a.m. on June 5, 2007, plaintiff gave his friend, "TJ," a ride from the Bar to TJ's home on Carlisle Street, near its intersection with Lindley Street, in Philadelphia. Shortly after stopping his vehicle to drop TJ off, they heard what appeared to be gunshots fired from nearby. In fear of what might have taken place, plaintiff drove his car around the block to a friend's home in the vicinity of 15th and Lindley Streets. Unbeknownst to plaintiff at the time, a person named Francisco Rodriguez had just been shot and killed near the corner of Broad and Lindley Streets and Philadelphia police were searching for the murderer.

10. As plaintiff parked his truck near 15th and Lindley Streets, a Philadelphia police officer approached plaintiff, with gun drawn, and, along with other Philadelphia police officers who had arrived on the scene, arrested him and TJ, without probable cause, for the murder just committed. Philadelphia police removed plaintiff from his vehicle; placed him face-first on the ground; handcuffed him; and put him in the back seat of a marked Philadelphia police car. Police at the scene searched plaintiff and his vehicle for any evidence that would connect him and/or TJ to this murder. They found no such evidence.

11. A Fox News film crew, or an independent film crew with whom Fox News contracted, was on location at the time of plaintiff's arrest and filmed him while handcuffed behind his back, under the control of Philadelphia police who placed him up against the rear driver's side door of a marked Philadelphia police car with its emergency

lights flashing. This footage would be later used repeatedly in Fox News broadcasts, and on its local web site, to falsely portray plaintiff as the individual, "Desmond Moore," who was criminally charged with committing the murders of both Francisco Rodriguez, at or near the corner of Broad and Lindley Streets, and Eric Christmas, at or near the intersection of Church Lane and Baynton Street, on the morning of June 5, 2007.

12. Plaintiff was transported by police to Philadelphia Police Headquarters at 8th and Race Streets where he was placed in a Homicide Unit interrogation room and questioned about his, and TJ's, involvement in the homicide at Broad and Lindley Streets. At all times herein, plaintiff and TJ fully cooperated with the police and proclaimed their innocence throughout this interrogation.

13. Shortly after Philadelphia police arrested plaintiff and TJ near 15th and Lindley Streets, a second murder was committed at or near the intersection of Church Lane and Baynton Street in Philadelphia, just a couple miles from where the murder Francisco Rodriguez was committed, near the corner of Broad and Lindley Streets. According to subsequent news broadcasts, witnesses said the victim, Eric Christmas, was shot and killed by one of two men who were driving in a white Chrysler Sebring.

14. Approximately two hours later, and after the murder of Eric Christmas, Philadelphia police assigned to the 35th police district found a car parked on the 5100 block of N. 12th Street in Philadelphia that matched the description of the white Chrysler Sebring, described above, which was seen and described to police by witnesses. At this time, the driver was still seated behind the wheel of the car. Police found a gun, which they determined to be the murder weapon, on the floor of the vehicle.

15. Police arrested the driver of this vehicle, 27 year old, Desmond McMoore. Mr. McMoore would be referred to in Philadelphia-area media stories, including the Fox News broadcasts at issue herein, as "Desmond Moore."

16. At the time Mr. McMoore was arrested, Philadelphia police were interrogating plaintiff and TJ regarding the first of the two murders; the one committed near the corner of Broad and Lindley Streets.

17. Once police Homicide Unit interrogators, who were interrogating plaintiff and TJ, learned of the arrest of Desmond McMoore for the two aforementioned murders earlier that morning, they ceased their interrogation. Plaintiff and TJ were taken out of their respective interrogation rooms and remained at the Homicide Unit to provide "witness" statements.

18. As a result of the arrest of Mr. McMoore, plaintiff and TJ were released from police custody sometime between 6 and 7 a.m. that day.

19. Since plaintiff was innocent of any involvement in the homicides police were investigating that early morning of June 5, officers transported him to the 35th Police District where he was given back the keys to his truck. Plaintiff was not provided with police transportation back to the location where he was wrongly and falsely arrested. By the time plaintiff walked from the Police District to his vehicle, it was approximately 8:30 a.m.

20. Upon information and belief, on the day of June 5, 2007, Chief Inspector Joseph Fox of the Philadelphia Police Department held an outdoor press conference on the grounds of Police Headquarters, at 8th and Race Streets, at which time he informed

the local media of the Department's arrest of 27 year-old "Desmond Moore"[2] for the murders of Francisco Rodriguez at or near Broad and Lindley Streets and Eric Christmas at or near Church Lane and Baynton Street. Defendant Fox News had actual or constructive notice of this press conference and the information disclosed by Chief Inspector Fox during it. As a result, defendant Fox News was put on notice that the individual videotaped being arrested near 15th and Lindley Streets in Philadelphia in the early morning hours of June 5, 2007, i.e. plaintiff, was not "Desmond Moore" and therefore was innocent of any involvement in the murders committed earlier that morning.

21. Defendant, Fox News, through its reporters, anchors, news staff, and/or management either knew or should have known before it aired the news story showing plaintiff's arrest that plaintiff was not "Desmond Moore" and therefore was innocent of any involvement in the murders committed earlier that morning.

22. Upon information and belief, at or around 8:00 a.m. on June 5, 2007, defendant Fox News Channel 29 aired a story regarding the homicides of Francisco Rodriguez and Eric Christmas that were committed at or near Broad and Lindley Streets and Church Lane and Baynton Street, respectively. During the broadcast of this news story, Fox News Channel 29 used edited footage of plaintiff handcuffed behind his back while under the control of Philadelphia police at or near a marked Philadelphia police car with its emergency dome lights flashing. This footage, used in conjunction with the reporter's statements dubbed over it, clearly indicated to the viewing and listening

---

[2] During this press conference, Chief Inspector Fox mistakenly referred to Desmond McMoore as "Desmond Moore."

audience that the person shown in the broadcast was the murderer of Francisco Rodriguez and Eric Christmas.

23. Upon information and belief, at or around 12:00 p.m. on June 5, 2007, defendant Fox News, Channel 29, again aired a broadcast regarding the Rodriguez and Christmas homicides. During the airing of this broadcast, Fox News Channel 29 again used the edited footage of plaintiff handcuffed behind his back while under the control of Philadelphia police at or near a marked Philadelphia police car with its emergency dome lights flashing. This footage, used in conjunction with the reporter's statements, clearly indicated to the viewing and listening audience that the person shown in the broadcast was the murderer of Francisco Rodriguez and Eric Christmas.

24. At or around 5:30 p.m. on June 5, 2007, during its 5 p.m. news broadcast, defendant Fox News Channel 29 again aired the story regarding the murders of Rodriguez and Christmas that were committed at or near Broad and Lindley Streets and Church Lane and Baynton Street, respectively. During this broadcast, Fox News Channel 29 again used the edited footage of plaintiff handcuffed behind his back while being placed by uniformed police up against a marked Philadelphia police car with its emergency dome lights flashing. While this videotape aired, the reporter states the following:

> Philadelphia police say that they've caught a man who they believe was randomly targeting and killing innocent people They've charged 27-year-old Desmond Moore in a shooting early this morning near Church and Baynton. Now they say he may have killed another man near Broad and Lindley[3] around the same time. And they say he's being looked at for a murder yesterday. Police say he

[3] At this point, the broadcast cuts to videotape of plaintiff shown handcuffed behind his back, under the control of Philadelphia police who placed up against the rear driver's side door of a marked Philadelphia police car with its emergency dome lights flashing.

> targeted random people as he looked to rob them. They're still searching for another man who they say was working with him.

25. Defendant Fox News knew or should have known, however, that plaintiff was already under arrest and in police custody when the murder of Eric Christmas was committed at Church Lane and Baynton Street and therefore could not have been responsible for the murder of Eric Christmas at that location**.** (Exhibit A, DVD, Fox News Broadcast, Channel 29, 5 p.m., June 5, 2007.)

26. At or around 10:07 p.m. on June 5, 2007, during its 10 p.m. news broadcast, defendant Fox News Channel 29 aired a news story regarding "the rising tide of murders in Philadelphia" and "new F.B.I. statistics, which shows that Philadelphia leads all major cities in homicides." This news story contains the following lead-in from the news anchor, statements by reporter Dave Schratwiezer and interviews of civilians and police:

> **Anchor:**
>
> More disturbing news tonight on the rising tide of murders in Philadelphia. Two more people killed as the F.B.I. released statistics saying Philadelphia leads all major cities in homicides. Now overall crime is down, but killings are up. And city police are scrambling for answers. Fox 29's Dave Schratwiezer has more on what's driving up the murder rate and what could help bring it down.
>
> **Reporter Dave Schratwiezer (voice over):**
>
> It started with an argument involving these two guys and another customer over a place in line at a local store. It ended moments later when police say that these guys opened fire into the other customer's van block away.
>
> **Shooting Witness (Travis Wright):**

They just ran up to shot. They never looked to see if he was in the truck or not. They just ran up to shoot.

**Reporter Dave Schratwiezer (voice over):**

No one was killed in this mid-day shooting but police say this is the typical scenario behind the gun fire that has put Philadelphia in the headlines with the highest murder rate among the nations biggest cities.

**Shooting Witness (Travis Wright):**

Over who's first in line, it could have gone, you know, I mean, from just verbal altercation to a homicide that fast.

**Reporter Dave Schratwiezer (on street):**

Philadelphia's 406 murders last year represent nearly an 8% increase and the Police Commissioner says the majority of those murders revolve around an argument.

**Police Commissioner Sylvester Johnson:**

It isn't drugs. It isn't gangs. It's arguments.

**Reporter Dave Schratwiezer (voice over):**

Johnson's arguments came as the city's total homicide rose passed a 170 already this year.

**Police Commissioner Sylvester Johnson:**

Frustration brings aggression. And there's a lot of frustrated people out here.

**Reporter Dave Schratwiezer (voice over):**

The Commissioner's reaction to the F.B.I.'s latest homicide statistics came at a center city childcare center. That's where he and Lynne Abraham pushed state lawmakers for $75 million to increase quality day care. They say statistics show investing in kids fights crime.

**Police Commissioner Sylvester Johnson:**

If they don't invest this money now, they're going to pay for it later on.

**Reporter Dave Schratwiezer (voice over):**

Johnson insists police are doing everything they can to cut violent crime. He says more money and more cops would help, but cuts keep coming from the federal government.

**Police Commissioner Sylvester Johnson:**

Homeland security is very, very important. Hometown security is just as important.

**Reporter Dave Schratwiezer (voice over):**

Back at the shooting scene, a witness said it was all about the low regard for human life.

**Shooting Witness (Travis Wright):**

It's kind of petty if the guy's gonna, if two guys are gonna run around wild west shooting style after, uh, somebody cut them off on line, you know.

**Reporter Dave Schratwiezer (voice over):**

Dave Schratwiezer, Fox 29 News.

**News Anchor:**

Now police tell us while murders are up this year, shootings are down 7%. Philadelphia stands to get $28 million if that daycare-funding package is included in the new state budget.

Well, here's an update for you on Philadelphia's latest two murders that Schratwiezer mentioned. **(Cut to videotape.)** Police already made an arrest. Police say Desmond Moore opened fire on a man at Baynton and Church Streets around the same time they say he shot another man at Broad and Lindley just a minute ago when we were showing you that news conference where they were giving[4] out this

[4] At this point, the story cuts to videotape of plaintiff shown handcuffed behind his back, under the control of three Philadelphia police officers who had him placed next to the rear driver's side door of a marked

> information. Police say the shootings were random and believe that Moore was looking for people to rob.

(Exhibit A, DVD, Fox News Broadcast, Channel 29, 10 p.m., June 5, 2007.)

27. On June 5, 2007, Fox News 29 also broadcast the video footage of plaintiff's arrest, as was shown on the television news broadcasts during that day, on its website www.myfoxphilly.com. Directly adjacent to this video footage of plaintiff's arrest was a caption that stated the following:

> Fox 29 cameras were on the scene overnight at Broad and Lindley streets as police investigated a deadly shooting. Two people are now in custody for the death of a 52 year old man. The shooting happened just after 2 o'clock this morning. The man was shot three times in the chest and died on his way to the hospital. Police arrested those two suspects after witnesses identified them at the scene.

Upon information and belief, the video and caption were shown in defendant's web site beginning on June 5, 2007 and taken off its web site on June 7, 2007. (Exhibit B, Fox News Philadelphia web site, www.myfoxphilly.com, Article, Suspects In Custody After 52 Year Old Man Killed; Exhibit C, DVD, Fox News web cast.)

28. This caption, which was placed adjacent to the video web cast on the web site, falsely stated that "[p]olice arrested those two suspects *after witnesses identified them at the scene*." In fact, there was no witness identification of plaintiff either at "at the scene" or anywhere else. This statement in the caption conveyed to the reader that the arrest of plaintiff was substantiated and legitimate when, in fact, it was false and not supported by witness identification or otherwise independent probable cause. (Exhibit B.) (Emphasis added.)

---

Philadelphia police car with its emergency dome lights flashing, while one of the officers rummaged through his wallet.

29. The gist of the above-referenced June 5, 2007 broadcasts and web cast aired by defendant Fox News, taken together, falsely depicted plaintiff to the entire viewing audience in this community as “Desmond Moore,” the murderer of both Francisco Rodriguez and Eric Christmas when, in fact, plaintiff had absolutely nothing to do with those homicides and was completely innocent of any wrongdoing whatsoever.

30. The above-referenced June 5, 2007 Fox News broadcasts and web cast wrongly portrayed plaintiff as “Desmond Moore,” the murderer of Francisco Rodriguez and Eric Christmas. Fox News broadcast these stories even though it knew or should have known that plaintiff was not “Desmond Moore” and had nothing to do with these crimes.

31. On the evening of June 5 and into the early morning hours of June 6, 2007, a 40th birthday party was held in plaintiff’s honor at the “Little Spot 2 Bar” where plaintiff’s wife worked. Plaintiff and his wife celebrated this event with friends until approximately 2 a.m. when the bar closed. As plaintiff and his wife left the Bar and walked together to his truck, plaintiff was shot at with a bullet hitting the rear of his vehicle. Police documented this incident in a Complaint or Incident Report dated June 6, 2007. Upon information and belief, this shooting was an attempt on plaintiff’s life which was perpetrated in direct response for the erroneous belief created by the news stories broadcast by defendant Fox News falsely portraying plaintiff as the person who murdered Francisco Rodriguez and Eric Christmas in the early morning hours of June 5, 2007.

32. On June 6, 2007, legal counsel for plaintiff faxed a letter to the Assistant News Director of defendant Fox News demanding that the station issue an immediate retraction of the above-referenced news stories showing plaintiff to be the murderer of

Francisco Rodriguez and Eric Christmas. This letter also explained the details and circumstances of plaintiff's false arrest and release by Philadelphia police on the morning of June 5, 2007. In her letter, plaintiff's counsel further informed the Assistant News Director at Fox News of the attempted murder of plaintiff early that morning as consequence of its broadcast falsely portraying plaintiff as the murderer of Rodriguez and Christmas. In addition to faxing this letter, plaintiff's counsel also telephoned the station in order to personally notify the Assistant News Director, and/or those acting on her behalf, of the faxed letter just sent.

33. On the morning of June 7, 2007, the legal summer intern working with plaintiff's counsel spoke directly with the Assistant News Director regarding the June 6, 2007 letter counsel faxed to her the previous day and about the fact that the same erroneous story was still being shown on the station's web site. It was demanded that the station take this "story" off its web site and issue full and effective retraction on plaintiff's behalf exonerating him of any wrongdoing. The Assistant News Director informed the intern that she would "investigate the matter." The intern faxed a second letter, dated June 7, 2007 to this Assistant News Director confirming this conversation and reiterating plaintiff's demands. Numerous phone calls were made to the Assistant News Director in an attempt to follow-up and rectify this dire situation. These phone messages went unreturned by the Assistant News Director, or anyone else from Fox News, the entire day.

34. During its 5 p.m. evening news broadcast on June 7, 2007, defendant Fox News aired a follow-up story to the murders of Francisco Rodriguez and Eric Christmas and the arrest of "Desmond Moore." In doing so, its news anchor stated the following:

> Well, police say a murder suspect is being investigated for other crimes including another murder in Philadelphia. 27-year-old Desmond Moore is charged with the murder of 37-year-old Eric Christmas. Now Christmas was gunned down here at the corner of Baynton and Church Streets. This happened at 2 a.m. on Tuesday. Moore is also a suspect in the murder of Francisco Rodriguez at Broad and Lindley minutes later. Police say Desmond Moore may be linked to other crimes in our area.
>
> And two days ago, we showed you video of another man arrested in relation to these shootings. That man was taken into custody and questioned by police but later released. Police have now determined to let us know he had nothing to do with those shootings.

(Exhibit D, DVD, Fox News Broadcast, Channel 29, June 7, 2007, 5 p.m.)

35. During its 10 p.m. evening news broadcast on June 7, 2007, defendant Fox News aired a second follow-up story to the murders of Francisco Rodriguez and Eric Christmas and, in doing so, its news anchor stated the following:

> Police say a murder suspect is being investigated for other crimes including another murder in Philadelphia. 27-year-old Desmond Moore is charged with the murder of 37-year-old Eric Christmas. Christmas was gunned down here at the corner of Baynton and Church Streets, 2 a.m. Tuesday. Moore is also a suspect, according to police, in the murder of Francisco Rodriguez at Broad and Lindley minutes later. Police say Desmond Moore may be linked to other crimes in our area.
>
> Now two days ago, we showed you video of another man arrested in relating – in relation to these two shootings. That man was taken into custody and questioned by police and later released. Police have determined he had nothing to do with those shootings.

(Exhibit D, DVD, Fox News Broadcast, Channel 29, June 7, 2007, 10 p.m.)

36. The news stories aired by Fox News on its 5 p.m. and 10 p.m. broadcasts on June 7, 2007, referred to in paragraphs 34 and 35, *supra*, were made without showing

the footage of plaintiff's false arrest, which Fox News aired repeatedly on June 5, 2007 and on its web site. Accordingly, these two broadcasts failed to effectively retract the damage done by Fox News as a result of its airing the above-referenced June 5, 2007 broadcasts. (Exhibit A, DVD, Fox News Broadcast, Channel 29, 5 p.m. and 10 p.m., June 7, 2007.)

37. As a direct and proximate cause of the incidents described above, plaintiff was caused to suffer severe emotional distress, fear, anxiety, sleeplessness, nightmares, depression, anger, hyper vigilance, paranoia, and loss of enjoyment of life's pleasures. Plaintiff has been diagnosed as suffering from an Adjustment Disorder and Posttraumatic Stress Syndrome.

## IV. CLAIMS

### COUNT I

### PLAINTIFF v. JOHN/JANE DOE (1 –n), PHILADELPHIA POLICE OFFICERS

### VIOLATION OF 42 U.S.C. § 1983

### FALSE ARREST AND FALSE IMPRISONMENT

38. Paragraphs 1 through 37 are incorporated as if fully set forth herein.

39. The actions and/or inactions of John/Jane Doe police officers (1 through n) resulted in plaintiff's arrest without probable cause.

40. The actions and/or inactions of John/Jane Doe police officers (1 through n) were committed with deliberate indifference of and reckless disregard for plaintiff's constitutional and civil rights.

41. The actions and/or inactions of John/Jane Doe police officers (1 through n) deprived plaintiff of his Fourth Amendment right to be free from illegal seizure without probable cause.

42. As a direct result of the actions or inactions of John/Jane Doe police officers (1 through n), plaintiff was caused to be filmed by a Fox News film crew, the footage of which was used by defendant Fox News to falsely depict plaintiff as the murders of Francisco Rodriguez and Eric Christmas during the early morning hours of June 5, 2007.

a. As a further result of being depicted in the Fox News broadcasts as the murderer of Francisco Rodriguez and Eric Christmas, plaintiff was the victim of an attempted murder in the early morning of June 6, 2007 by an individual seeking retribution for the murder of Eric Christmas.

43. As a direct and proximate result of the actions or inactions of John/Jane Doe police officers (1 through n), plaintiff suffered a loss of freedom and liberty, loss of his reputation, damage to personal and professional reputation, humiliation, anxiety, emotional stress, and loss of life's pleasures.

WHEREFORE, plaintiff requests judgment in his favor and against defendants, jointly and severally, and seeks compensatory damages, punitive damages, attorneys' fees and costs.

## COUNT II

## PLAINTIFF v. JOHN/JANE DOE (1 –n), PHILADELPHIA POLICE OFFICERS

### *STATE CLAIM*

### <u>FALSE ARREST AND FALSE IMPRISONMENT</u>

44. Paragraphs 1 through 43 are incorporated as if fully set forth herein.

45. The actions and/or inactions of John/Jane Doe police officers (1 through n) resulted in plaintiff's arrest without probable cause.

46. The actions and/or omissions of John/Jane Doe police officers (1 through n), as set forth above and incorporated herein, were willful and/or reckless and constitute the state claims of false arrest and false imprisonment.

47. As a direct result of the actions or inactions of John/Jane Doe police officers (1 through n), plaintiff was caused to be filmed by a Fox News film crew, the footage of which was used by defendant Fox News to falsely depict plaintiff as the murders of Francisco Rodriguez and Eric Christmas during the early morning hours of June 5, 2007.

a. As a further result of being depicted in the Fox News broadcasts as the murderer of Francisco Rodriguez and Eric Christmas, plaintiff was the victim of an attempted murder in the early morning of June 6, 2007 by an individual seeking retribution for the murder of Eric Christmas.

48. As a direct and proximate result of the actions or inactions of John/Jane Doe police officers (1 through n), plaintiff suffered a loss of freedom and liberty, loss of his reputation, damage to personal and professional reputation, humiliation, anxiety, emotional stress, and loss of life's pleasures.

WHEREFORE, plaintiff requests judgment in his favor and against defendants, jointly and severally, and seeks compensatory and punitive damages.

**COUNT III**

**PLAINTIFF v. FOX TELEVISION STATIONS OF PHILADELPHIA and JOHN/JANE ROE (1 – n)**

**INVASION OF PRIVACY – FALSE LIGHT**

49. Paragraphs 1 through 48 are incorporated as if fully set forth herein.

50. Plaintiff was falsely identified by the Fox News defendants, in Fox Television news broadcasts on Channel 29 and on local Fox News web site, to be "Desmond Moore," the perpetrator of two heinous murders committed in Philadelphia during the early morning hours of June 5, 2007.

51. The Fox News defendants either had knowledge, or acted in reckless disregard, of the falsity of the television news broadcasts and web casts that placed plaintiff in a false light, i.e. as the murderer of Francisco Rodriguez and Eric Christmas on June 5, 2007.

52. As a direct and proximate cause of the Fox News defendants' actions in this case, someone, who sought retribution for the murder of Eric Christmas, attempted to shoot and kill plaintiff on June 6, 2007.

53. As a direct and proximate cause of the incidents described above, plaintiff was caused to suffer severe emotional distress, fear, anxiety, sleeplessness, nightmares, depression, anger, hyper vigilance, paranoia, and loss of enjoyment of life's pleasures. Plaintiff has been diagnosed as suffering from an Adjustment Disorder and Posttraumatic Stress Syndrome.

WHEREFORE, plaintiff requests judgment in his favor and against defendants, jointly and severally, and seeks compensatory and punitive damages.

**COUNT IV**

**PLAINTIFF v. FOX TELEVISION STATIONS OF PHILADELPHIA and JOHN/JANE ROE (1 – n)**

**DEFAMATION**

54. Paragraphs 1 through 53 are incorporated as if fully set forth herein.

55. The news stories broadcast by the Fox News defendants with respect to plaintiff amount to defamation *per se.*

56. The news stories broadcast by the Fox News defendants showing plaintiff's arrest for murder was false and/or made with reckless disregard for the truth.

57. The news stories broadcast by the Fox News defendants showing plaintiff's arrest for murder have damaged his reputation in the community.

58. The news stories broadcast by the Fox News defendants showing plaintiff's arrest for murder applied to plaintiff.

59. The news stories broadcast by the Fox News defendants showing plaintiff's arrest for murder were understood to apply to plaintiff and understood as being defamatory to him.

60. The news stories broadcast by the Fox News defendants showing plaintiff's arrest for murder were not privileged.

61. As a direct and proximate cause of the incidents described above, plaintiff was caused to suffer severe emotional distress, fear, anxiety, sleeplessness, nightmares, depression, anger, hyper vigilance, paranoia, and loss of enjoyment of life's pleasures.

Plaintiff has been diagnosed as suffering from an Adjustment Disorder and Posttraumatic Stress Syndrome.

62. As a direct and proximate cause of the Fox News defendants' actions in this case, someone, who sought retribution for the murder of Eric Christmas, attempted to shoot and kill plaintiff on June 6, 2007.

WHEREFORE, plaintiff requests judgment in his favor and against defendant on this claims and seeks compensatory and punitive damages.

## V. DEMAND FOR JURY TRIAL

63. Plaintiff hereby demands a jury on all claims and Counts set forth herein.

By:____________________________

Ronald L. Greenblatt
Margaret Flores
Lek Domni

Attorneys for Plaintiff
James C. Barner

Date: June 3, 2008